SEPTEMBER 9, 2015

MS. JANICE STAPLES
DISTRICT CLERK
ANDERSON COUNTY COURTHOUSE, RM. #18
3RD DISTRICT COURT
500 NORTH CHURCH STREET
PALESTINE, TEXAS 75802



REC'D IN COURT OF APPEALS
12th Court of Appeals District
SEP 14 2015
TYLER, TEXAS
PAM ESTES, CLERK

RE: CASE NO.:        12-15-00186-CR

TRIAL CASE NO.:      31675

STYLE:               LONNIE LYNN JOHNSON

                     V.

                     THE STATE OF TEXAS

DEAR MS. STAPLES:

ON THE DATE OF July 1, 2015, I SUBMITTED MY FIRST MOTION FOR APPOINTMENT OF APPELLATE COUNSEL.

ON THE DATES OF July 9, 2015, AND July 13, 2015 I WRITTEN YOU CORRESPONDENCE REGARDING TO THE STATUS OF MY FIRST MOTION FOR APPOINTMENT OF APPELLATE COUNSEL.

THEREAFTER, ON THE DATE OF July 16, 2015 I TIMELY FILED MY NOTICE OF APPEAL TO THE 3RD JUDICIAL DISTRICT COURT / 12TH COURT OF APPEALS, WITH ACCOMPANYING AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS, APPELLANT'S SECOND MOTION FOR APPOINTMENT OF APPELLATE COUNSEL, AND AFFIDAVIT IN SUPPORT OF MOTION IN APPELLANT'S INABILITY TO PAY

-1-

COSTS FOR APPELLATE COUNSEL.

ON THE DATE of July 24, 2015, I SUBMITTED AN ADDITIONAL LETTER TO you, REGARDING TO THE STATUS of MY SECOND MOTION FOR APPOINTMENT of APPELLATE COUNSEL AND AFFIDAVIT IN SUPPORT of MOTION IN APPELLANT'S INABILITY TO PAY COSTS FOR APPELLATE COUNSEL.

ON THE DATE of July 30, 2015, I WRITTEN ANOTHER CORRESPONDENCE TO you REGARDING TO THE STATUS OF THE ABOVE-MENTIONED SECOND MOTION FOR APPOINTMENT of APPELLATE COUNSEL AND AFFIDAVIT IN SUPPORT of MOTION IN APPELLANTS INABILITY TO PAY COSTS FOR APPELLATE COUNSEL.

THEREAFTER, ON THE DATE of August 17, 2015, I SUBMITTED ANOTHER SERIES of MOTIONS TITLED:

1. APPELLANT'S MOTION TO RECONSIDER HIS MOTIONS FOR APPOINTMENT of APPELLANT COUNSEL; (3RD MOTION)

2. APPELLANT'S AFFIDAVIT IN SUPPORT of HIS MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS. (2ND AFFIDAVIT IN THIS REGARD)

3. APPELLANT'S AFFIDAVIT IN SUPPORT of HIS MOTION IN APPELLANT'S INABILITY TO PAY COST FOR APPELLATE COUNSEL. (2ND AFFIDAVIT IN THIS REGARD)

ON THE DATE of August 20, 2015 I SUBMITTED ANOTHER STATUS LETTER TO you REGARDING THE ABOVE August 17, 2015 MOTION'S AND AFFIDAVITS I HAD SUBMITTED TO you TO PRESENT TO THE COURT.

-2-

MS. STAPLES, RECENTLY I RECEIVED CORRESPONDENCE FROM THE 12TH COURT OF APPEALS IN TYLER, TEXAS, IN RESPONSE TO AN INQUIRY I MADE CONCERNING WHETHER OR NOT I HAD APPELLATE COUNSEL TO REPRESENT ME CONCERNING MY APPEAL, AT WHICH TIME I WAS NOTIFIED BY THE COURT, I DID NOT HAVE AN ATTORNEY OF RECORD FOR APPEAL.

ACCORDING TO ARTICLE 1.051(d)(1) TEXAS CODE OF CRIMINAL PROCEDURE, I AM ENTITLED TO APPOINTMENT OF APPELLATE COUNSEL.

I HAVE MADE SEVERAL UNDISPUTABLE PRIMA FACIE SHOWINGS OF INDIGENCE, THEREFORE, I AM FURTHER ENTITLED TO APPELLATE COUNSEL WITHOUT BEING REQUIRED TO PAY COSTS.

MS STAPLES. IT IS MY DESIRE, AND I MUST ASK YOU RESPECTFULLY, ONCE AGAIN, WILL YOU PLEASE, BRING THE ABOVE-MENTIONED MOTIONS FOR APPOINTMENT OF APPELLATE COUNSEL AND AFFIDAVITS OF INDIGENCY TO THE COURTS ATTENTION SO THAT MY RIGHTS CONCERNING RIGHT TO COUNSEL BE PROVIDED TO ME IN THIS APPEAL?

I RESPECTFULLY REQUEST THAT YOU NOTIFY ME OF THE STATUS OF THIS SIMPLE REQUEST.

I AM SENDING A COPY OF THIS PARTICULAR CORRESPONDENCE TO THE 12TH COURT OF APPEAL TO DEMONSTRATE THAT I'VE EXERCISED DUE DILIGENCE IN OBTAINING A COURT APPOINTED

APPELLATE COUNSEL, FOR WHICH I'M ENTITLED.

IF YOU HAVE ANY QUESTIONS, PLEASE DO NOT HESITATE TO CONTACT ME AT THE BELOW PROVIDED ADDRESS.

VERY TRULY YOURS

LONNIE LYNN JOHNSON #468254
BYRD UNIT
21 FM 247
HUNTSVILLE, TEXAS 77320


CC:

MS. CATHY S. LUSK, CLERK
12TH COURT OF APPEALS
TYLER, TX

MS. ALLYSON MITCHELL
ANDERSON COUNTY, TEXAS
DISTRICT ATTORNEY

FILE COPY

-4-